**Order entered September 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00302-CR

### DETION HENDERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 16-50722-422-F

## ORDER

Before the Court is appellant's September 18, 2018 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the amended brief received September 19 filed as of the date of this order.

/s/     LANA MYERS
           JUSTICE